[No. 16096-0-II.   Division Two.   May 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. HUGO ENRIQUE DAVADI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-01305-5, Waldo F. Stone, J., entered May 27, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Petrich, J. Pro Tem.

[No. 11773-1-III.   Division Three.   May 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN EDWARD ESCALLIER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-1-00724-2, William J. Grant, J., entered August 2, 1991. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.

[No. 11774-0-III.   Division Three.   May 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST GEORGE WICKE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 83-1-00393-9, Harold D. Clarke, J., entered August 1, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.